IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MICHAEL CHRISTOPHER ANDERSON,

    Plaintiff,

v.                                                                                    Civil Action No. 3:19CV934

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding pro se, submitted a letter requesting the Court to send him the form for filing a 42 U.S.C. § 1983 complaint. (ECF No. 1.) By Memorandum Order entered on January 7, 2020, the Court directed the Clerk to write the civil action number for the present action on the standardized form for filing a 42 U.S.C. § 1983 complaint and to send the form to Plaintiff.

The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within fourteen (14) days of the date of entry hereof. The Court also explained that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b). More than fourteen days have elapsed and Plaintiff has not completed and returned the form. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                           /s/
                                                     David J. Novak
Date: February 5, 2020                   United States District Judge
Richmond, Virginia